IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Douglas Stephen Clark, Jr., <br><br>                              Plaintiff, <br><br> v. <br><br> South Carolina Department of Motor Vehicles, <br><br>                              Defendant. | Case Number 3:14-cv-3475-TLW <br><br> Order |

On August 28, 2014, Plaintiff Douglas Stephen Clark filed this civil action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Doc. #1. The matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Paige J. Gossett, Doc. #10, to whom this case was assigned. In the Report, the Magistrate Judge recommends that the Court grant Defendants' motion for summary judgment. Id.  Objections were due by October 2, 2014. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate

1

Judge's Report and Recommendation, Doc. #10, is **ACCEPTED.** The Plaintiff's Complaint is summarily **DISMISSED** without prejudice and without issuance and service of process.

    **IT IS SO ORDERED**.

<u>s/Terry L. Wooten</u>
Chief United States District Judge

November 13, 2014
Columbia, South Carolina

2